United States District Court
Southern District of Texas
**ENTERED**
August 16, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CONCEPCION VARGAS, <br> *Plaintiff,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:23cv4267 |
| ALEJANDRO SALAZAR, ET AL., <br> *Defendants.* | § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated July 23, 2024,(Dkt. 25) and no party having filed objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court. It is further **ORDERED** that Plaintiff must file her Amended Complaint re-pleading her FLSA claims as set forth in the Memorandum and Recommendation within 21 days of entry of this Order of Adoption.

**SIGNED** at Houston, Texas this ___16th___ day of August, 2024.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE