Case 4:23-cv-04267   Document 60   Filed on 11/15/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 15, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CONCEPCION VARGAS,<br>*Plaintiff,*<br><br>V.<br><br>ALEJANDRO SALAZAR, ET AL.,<br>*Defendants.* | §<br>§<br>§<br>§   CIVIL ACTION NO. 4:23cv4267<br>§<br>§<br>§ |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated November 1, 2024 (Dkt. 54) and Plaintiff's objections thereto (Dkt. 58), the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court. Plaintiff's Second Amended Complaint (Dkt. 59), filed on November 13, 2024, is now Plaintiff's operative pleading in this case.

SIGNED at Houston, Texas this 15th day of November, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE