United States District Court
Southern District of Texas
**ENTERED**
July 28, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CONCEPCION VARGAS, *Plaintiff,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:23cv4267 |
| ALEJANDRO SALAZAR, ET AL., *Defendants* | § § § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated July 8, 2025 (Dkt. 103) and no party having filed objections, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court. Plaintiff's Motion for Summary Judgment is **DENIED** and Defendant's Motion for Summary Judgment is **GRANTED IN PART AND DENIED IN PART.** Plaintiff's claim that Defendants violated the FLSA by not informing her of the tip credit remains for trial and all other claims are **DISMISSED WITH PREJUDICE**.

SIGNED at Houston, Texas this __28th__ day of July, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE