UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
F I L E D

MAY - 1 2026

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| CONCEPCION VARGAS, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:23-CV-04267 |
| | § | JURY |
| ALEJANDRO SALAZAR, ET AL., | § | |
| *Defendants.* | § | |

## PLAINTIFF'S NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff, Concepcion Vargas, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment and all adverse rulings entered in this action.

Plaintiff specifically appeals:

1. The final judgment entered by this Court resolving the claims asserted in this action;

2. All interlocutory orders and rulings that merged into the final judgment.

3. Any other rulings adverse to Plaintiff reflected in the record.

Plaintiff seeks review of these rulings and requests that the Court of Appeals grant such relief as may be appropriate, including reversal, vacatur, and remand for further proceedings.

Plaintiff respectfully requests that judgment be entered in her favor on the remaining claim.

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2026, I physically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice of such filing to the following persons:

/s/

**Megan M. Mitchell,** ATTORNEY-IN-CHARGE
State Bar No. 24073504
SDTX No. 24073504
mmmitchell@grsm.com
GORDON REES SCULLY MANSUKHANI, **LLP**
1900 West Loop South, Suite 1000
Houston, Texas 77027
Telephone: (713) 961-3366
Facsimile: (713) 961-3938

## ATTORNEYS FOR DEFENDANTS

/s/

**Concepcion Vargas**

3

Respectfully submitted for consideration,

/s/

**Concepcion Vargas**
1221 Redford Street, #1105C
Houston, Texas 77034-1963
Telephone: 806-410-8356
Email: conchis1312@hotmail.com
**PRO SE PLAINTIFF**

2